**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RECIGNO LABORATORIES, INC., | : | No. 380 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JENSEN DENTAL, INC. AND 3M | : | |
| COMPANY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.